# EXHIBIT A

06/19/2009 FRI 13:09 FAX

# FACSIMILE COVER SHEET




**NATIONAL OCEANIC & ATMOSPHERIC ADMINISTRATION**
**NORTHEAST REGION**
**OFFICE OF GENERAL COUNSEL**
**55 GREAT REPUBLIC DRIVE**
**GLOUCESTER, MA 01930-2298**

| FACSIMILE FOR: | FAX NUMBER | TELE NUMBER |
|---|---|---|
| Gloucester Fish Exchange, Inc. | 978-283-3765 | 978-281-1544 |

| FROM: | FAX NUMBER | VOICE NUMBER |
|---|---|---|
| Mitch MacDonald | 978-281-9389 | 978-281-9379 |

DATE 06/19/09

RE:

8 PAGES TO FOLLOW

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS NOT PERMITTED. MISDELIVERY OF THIS COMMUNICATION DOES NOT CONSTITUTE WAIVER OF ANY APPLICABLE PRIVILEGE. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE UNITED STATES POSTAL SERVICE.



**U.S. DEPARTMENT OF COMMERCE**
National Oceanic and Atmospheric Administration
Office of General Counsel/Northeast Region
55 Great Republic Drive
Gloucester, MA 01930-2298
Phone: 978/281-9379  Fax: 978/281-9389

June 19, 2009

Gloucester Fish Exchange Inc.
27-29 Harbor Loop
Gloucester, MA 01930
Via FedEx
978.281.1544

RE:   Gloucester Fish Exchange, Inc. – NE000194FM/V

Dear Sirs,

  On November 6, 2002, you were charged with 24 counts of illegally purchasing cod in excess of the landing limits. In all, you were charged with purchasing illegal cod on 9 occasions, totalling 20,691 pounds of cod, during the time period from July 25, 2000 to September 1, 2000. You were also found to have falsified 35 records in an attempt to cover up those illegal purchases. You were assessed a civil penalty of $125,000 and a 60-day permit sanction.
  On September 11, 2003, you signed a settlement agreement resolving the above-referenced case (please see a copy of the enclosed agreement). In paragraph three, you agreed to a one-year probation period beginning on the effective date of the agreement, which was September 12, 2003. By the terms of your probation agreement, 10-days of permit sanction time were suspended as long as you did not commit a violation of any federal fishery statute or regulation for which a final administrative decision found you liable for a civil penalty of $10,000 or more. In February of 2004, you committed a new violation for maintaining a false record that omitted illegally landed cod. You were charged for maintaining a false record that concealed an amount of illegal cod that was possessed. On April 1, 2009, a final administrative decision found that you had unlawfully maintained false information in violation of 50 C.F.R. § 648.14(a)(4), and a civil penalty of $10,000 was assessed against you (please see a copy of the enclosed Order Denying Discretionary Review).
  The settlement agreement states that on the effective date of a final administrative decision imposing a civil penalty of $10,000 or more, you will be deemed to have committed a substantial fishery violation in contravention to the terms of probation, and you will be sanctioned immediately for 10 days. Your permit remains suspended until the 10 consecutive days is served. During the 10-day permit sanction, you must not purchase, possess, or receive for a commercial purpose any federally regulated species.
  We are writing to notify you that you must abide by the terms of the probation agreement. To ensure an orderly process, since this sanction will impact third parties, you must inform us in writing by June 24, 2009, of any legal claim that the sanction should not go into effect immediately. If you have none, then you must inform us what date between now and July 13,

2

2009, you will begin to serve 10-consecutive days of permit sanction time. As stated above, during the sanction period you may not purchase, possess, or receive for a commercial purpose any federally regulated species. If you have any questions, you or your attorney may call me at the number above.

Sincerely,

*Mitch MacDonald*

Mitch MacDonald
Enforcement Attorney, NOAA