## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLOUCESTER FISH EXCHANGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> GARY LOCKE, SECRETARY OF COMMERCE, UNITED STATES DEPARTMENT OF COMMERCE / NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION AND UNITED STATES OF AMERICA, <br><br> Defendants. | **Civil Action No.: 09-cv-10694-DPW** |

### SUPPLEMENTAL AFFIDAVIT OF ANDREW R. COHEN

1. In paragraph 10 of my affidavit dated July 15, 2009 (Docket No. 17), I incorrectly stated that "At approximately 9:50 AM, Friday, June 19, 2009, I sent Mr. MacQuarrie an email with Q&As and a press release attached (Exhibit A). . . ." I sent only the Q&A's to Mr. MacQuarrie at 9:50 AM, which is accurately reflected in the email to Mr. MacQuarrie in Exhibit A. I did not send a copy of the press release as it had not been completed. This is also reflected in the last line of paragraph 10, which states, "The 'other documents' I referred to pertained to the press release, which was not finalized." The press release included in Exhibit A was sent to the Gloucester Daily Times and others at 1:45 PM as noted in paragraph 14 of my affidavit and as accurately reflected in the email in Exhibit A. I do not have a specific memory of sending the press release to Mr. MacQuarrie at any time, and my email records do not reflect that I did.

I declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge and recollection.

_____
Andrew R. Cohen

DATED:   7/16/09